## DEBTOR CHANGE OF ADDRESS

DATE: 11/9/15

CASE NUMBER: 12-14120

DEBTOR NAME: Timothy Hardin

NEW ADDRESS: 121 Ward St

CITY/STATE/ZIP: Benton, TN 37307

INFORMATION GIVEN BY: Ret'd Mail

**Chapter 13 Standing Trustee**
PO Box 511
Chattanooga, TN 37401-0511

RETURN SERVICE REQUESTED

PRESORT FIRST CLASS 10-29-2015

PRESORTED
FIRST CLASS

Mailed From 37415
10/28/2015
$00.471
US POSTAGE

FORWARD TIME EXP RTN TO SEND
X 372 NFE 1036514100010/29/15
HARDIN
121 WARD ST
BENTON TN 37307-4300

RETURN TO SENDER